Harold Kartinganer and Another, Copartners, etc., Appellants, *v.* Joseph Cohn and Another, Individually and as Copartners, Trading as Cohn & Kaplan, and Cohn & Kaplan, Inc., Respondents.

Supreme Court, Appellate Term, First Department, June 30, 1927.

**Payment — retention of check " in full " constitutes acceptance of condition.**

The retention of a check marked " in full " for an unreasonable length of time amounts to an acceptance of the condition on which the check was given.

APPEAL by plaintiffs from a judgment of the Municipal Court, Borough of Manhattan, Ninth District, in favor of defendants.

*Samuel Horowitz,* for the appellants.

*Maxwell E. Lopin,* for the respondent.

PER CURIAM. The retention of the check, marked " in full," for an unreasonable length of time will be deemed an acceptance of the condition on which the payment was made. (*Patten* v. *Lynett,* 133 App. Div. 746.)

· Judgment affirmed, with twenty-five dollars costs.

All concur; present, BIJUR, LEVY and CRAIN, JJ.